AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>1344 Paseo Zacate<br>San Dimas, California 91773 | )<br>)<br>) Case No. 2:20-MJ-03885<br>)<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed*

☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inven as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the r through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or wh property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: August 18, 2020    15:10 p.m.      _____
                                                              *Judge's signature*

City and state:  Los Angeles, CA                          HON. MICHAEL R. WILNER, U.S. Magistrate Jud
                                                              *Printed name and title*

AUSA: Ranee A. Katzenstein (X2432)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:20-MJ-03885 | 8/20/2020  7:20 AM | RESIDENCE / MARLO MARINAS |

Inventory made in the presence of: SA ANTHONY CLARK (DOL-OIG)

Inventory of the property taken and name of any person(s) seized:

- 1 ENVELOPE, 2 BLK WALLETS, 3 EDD CARDS
- MISC DOCS, SSN CARD, CHECK BOOK, EDD DOCS.
- EDD DEBIT CARDS (MULTIPLE)
- EDD CORRESPONDENCES
- NOTE W/ CASH.
- EDD DEBIT CARDS. (MULTIPLE)
- $739,704.00 IN US CURRENCY.
- 1 USB FLASH DRIVE SAN DISK ULTRA 32GB
- 1 TOSHIBA EXTERNAL USB HARD DRIVE S/N 83ABTYJ3TYP3
- 1 WESTERN DIGITAL USB HARD DRIVE S/N WXDBABM00100DX
- 1 LEXAR 32GB SD CARD
- 1 SAMSUNG GALAXY III MINI MODEL SM-G730A
- 1 SEAGATE HARD DRIVE S/N Z4Z6612P
- 1 SAMSUNG HARD DRIVE S/N S013J1SY808058
- 1 ASUS LAPTOP COMPUTER S/N CN0CV13Y108510
- 1 DELL LAPTOP COMPUTER, SERVICE TAG 2FPFD32
- 1 DELL LAPTOP COMPUTER SERVICE TAG 8L32L33
- 1 WESTERN DIGITAL EXTERNAL USB DRIVE S/N WCC4E2034986
- 1 APPLE IPAD S/N DMQJG2PNF182

- 1 SEAGATE EXTERNAL USB HARD DRIVE S/N NA7P35L7
- 1 USB FLASH DRIVE (LEGO BLOCK)
- 1 HP USB FLASH DRIVE, 32GB

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/31/2020

Executing officer's signature

MARCUS VALLE, SPECIAL AGENT
Printed name and title